IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ONYX WEALTH ADVISORS, INC., | § § | |
| Plaintiffs, | § | |
| v. | § § | 3:13-CV-3426-P |
| INDIAN HARBOR INSURANCE, et al. | § § | |
| Defendants. | § § | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order of January 4, 2016, the Court issues judgment as follows:

1) Plaintiff's claims are dismissed with prejudice; and

2) Defendant's Calsurance Associates and Steven Knowles are awarded their costs of court.

**IT IS SO ORDERED.**

Signed this 4th day of January, 2016.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE